UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____OKLAHOMA_____

| Arthur J. Alloway | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| V. | |
| Warden Booher et al | Case Number:   CIV-01-558-JHP |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is in all respects dismissed with prejudice, pursuant to Fed. R. CIV. P. 25(a)(1).

_____2/9/07_____
Date

WILLIAM B. GUTHRIE
Clerk

_s/ A Green_
(By) Deputy Clerk